IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. BEARDEN,

      Plaintiff,                    No. CIV S-07-1332 LKK GGH P

     vs.

M.C.S.P. CHIEF MEDICAL OFFICER,
et al.,

      Defendants.               ORDER
_____/

     Plaintiff was a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On March 28, 2008, mail was returned to the court by prison officials indicating that plaintiff is deceased. No defendants had yet been served in this case. Pursuant to Fed. R. Civ. 25, a motion for substitution may be made by any party or successor or representative of the decedent within 90 days after notice of the death is served. If such a motion is not made within 90 days of the date this order is filed, the undersigned will recommend dismissal of this action.

DATED: 05/06/08

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
bear1332.ord