IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. BEARDEN,

        Plaintiff,                      No. CIV S-07-1332 LKK GGH P

      vs.

M.C.S.P. CHIEF MEDICAL OFFICER, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                             /

      Plaintiff was a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On March 28, 2008, mail was returned to the court by prison officials indicating that plaintiff is deceased. No defendants had yet been served in this case. An order was filed on 5/06/08, stating that, pursuant to Fed. R. Civ. 25, a motion for substitution might be made by any party or successor or representative of the decedent within 90 days after service of the notice of death and that if such a motion were not made within 90 days of the date of the filing of the 5/06/08 order, the undersigned would recommend dismissal of this action. The order, served on plaintiff's address of record, was returned as undeliverable on 5/09/08.

\\\\\

The ninety day period has long since expired and although evidently no party has been served with the 5/06/08 order, the court does not have any further information upon whom to serve the notice. In light of plaintiff's death, therefore, and no information as to the identity or location of anyone who might serve as plaintiff pro se's non-party successor, the court has little alternative but to recommend dismissal of this case.

Accordingly, IT IS RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 10/27/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
bear1332.fr